UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:

**FERRIE, KENNETH L**

Debtor(s)

Case No. 18-40715-JMM

**CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS**

DATE OF 341(a) MEETING: **9/11/2018**  LOCATION OF MEETING: **JEROME**
NAME OF TRUSTEE: **Gary L. Rainsdon**  DATE CASE FILED: **08/15/2018**
RECORDING TRACK NO. 17

DEBTOR (X) SWORN AND EXAMINED ( ) DID NOT APPEAR ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY: (X) PRESENT ( ) NOT PRESENT ( ) PRO SE
    Youngblood, Kameron M
CREDITORS APPEARING ( ) NONE

ACTION ITEMS
- (X) 341(a) Meeting Continued to: **11/19/2018 at 09:00 AM for 2015, 2016, 2017 tax returns and documents requested.**
- ( ) SS Information Incorrect or Missing
- ( ) Concluded
- ( ) Dismiss for Failure of Debtor and/or Attorney to Appear
- (X) Discharge Information Given to Debtor
- ( ) Unscheduled Assets Identified
- ( ) Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
- (X) Debtor Identity and Social Security Documentation Match Petition
- (X) Debtor Examined
- (X) Schedules and Statement of Affairs Filed
- (X) Statement of Income and Expenditures Filed
- (X) Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
- (X) Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon Trustee

/s/ _____
GARY L. RAINSDON, TRUSTEE