GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX:   (208) 734-2783
trustee@filertel.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Chapter 7 |
| Kenneth L. Ferrie, | Case No.: 18-40715-JMM |
| Debtor. | |

**Trustee's Objection to Debtor's Motion for Voluntary Dismissal of Chapter 7 Case**

**COMES NOW,** Gary L. Rainsdon, the Trustee in the above-entitled matter ("Trustee"), and objects to the Debtor's Motion for Voluntary Dismissal of Chapter 7 Case for the following reasons:

1. Debtor has not cooperated with the Trustee, requiring Trustee to file several Motions to Delay Discharge, and a Motion for Turnover of Property and Records, which are currently pending, with an evidentiary hearing scheduled for June 19, 2019. See Docket Nos. 47 and 50.

2. Based on Debtor's testimony at Creditor Meetings, Trustee believes there will be assets available to distribute to the creditors.

3. Debtor has not complied with the Income Tax Turnover Order entered by this Court. See Docket No. 12.

4. Dismissal of the case would prejudice Debtor's creditors by allowing Debtor to keep and spend his tax refunds, and to keep and spend his inheritance.

**WHEREFORE,** the Trustee respectfully requests the Court enter an Order denying the Debtor's Motion to Dismiss.

Dated this: June 12, 2019

                                                    /s/ Gary L. Rainsdon
                                                      Gary L. Rainsdon, Trustee

## CERTIFICATE OF MAILING

I hereby certify that on June 12, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Alexandra O Caval    alex@cavallawoffice.com, R71985@notify.bestcase.com
    US Trustee    ustp.region18.bs.ecf@usdoj.gov
    Kameron M Youngblood    youngbloodlaw@gmail.com, youngbloodlawecfnotice@gmail.com;G29963@notify.cincompass.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

    Kenneth L. Ferrie
    171 Blue Lakes #16
    Twin Falls, Idaho 83301

    Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

    PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541

Via certified mail, return receipt requested, addressed as follows:

    None

                             /s/ Gary L. Rainsdon
                             Gary L. Rainsdon, Trustee