UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

KENNETH L. FERRIE,   )   Chapter 7
                     )
                     )   Case No.: 18-40715-JMM
              Debtor.)

ORDER FOR TURNOVER OF PROPERTY AND RECORDS

**The matter** of Trustee's Motion for Turnover of Property and Records (Docket No. 50) came before the Court for hearing on June 19, 2019. Appearing at the hearing were, Kameron M. Youngblood, attorney for the debtor; Alexandra O. Caval, attorney for party in interest Michelle Ensworth; and Gary L. Rainsdon, Chapter 7 Trustee. The Court having heard evidence, testimony, and discussion of the parties, finds good cause exists; now, therefore:

**IT IS HEREBY ORDERED** that Kenneth L. Ferrie shall forthwith turnover to the Trustee all the following:

1. Copies of bank statements for all accounts of any kind, covering the period of 1 year prior to the date of the bankruptcy filing through the date of the bankruptcy filing, August 15, 2018, including copies of all cancelled checks or check registers and documentation of the sources of all deposits and uses of all withdrawals of $500.00 or more.

2. The 2018 Federal and State tax returns and refunds.

DATED: June 27, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by: Gary L. Rainsdon, Trustee

Approved as to form by: /s/ Kameron M. Youngblood, Attorney for Debtor
Dated: 6/24/19