**YOUNGBLOOD LAW OFFICE**
Kameron M. Youngblood
PO BOX 50495
Idaho Falls, Idaho 83405
Phone: (208) 525-3328
Fax: (208) 525-3330
Email: youngbloodlaw@gmail.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 18-40715-JMM |
| KENNETH L. FERRIE | Chapter 7 |
| Debtor | MOTION TO WITHDRAW FROM DEBTOR'S CASE |

Counsel for debtor, Kameron Youngblood, requests to withdraw from the above-captioned case under LBR 9010.1(f) and in support thereof avers as follows:

1. Counsel feels that he cannot represent Debtor adequately at this time
2. The withdrawing attorney shall continue to represent the client until the court enters and serves the order granting the attorney's motion to withdraw.
3. Upon the entry of the order, no further proceedings can be had in the action that will affect the rights of the party represented by the withdrawing attorney for a period of twenty-one (21) days. If the party fails to appear in the action, either in person or through a newly appointed attorney within such twenty-one-day period, such failure shall be sufficient grounds for the entry of default against such party or dismissal of the action without further notice.

WHEREFORE, counsel requests that he be withdrawn from the debtor's case.

Motion to Withdraw- Page - 1

Dated; July 23rd, 2019.

**Kameron M. Youngblood**

By: /s/ Kameron M. Youngblood
Kameron M. Youngblood, ISB #6273
Attorney for Debtor

Motion to Withdraw- Page - 2