UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re:<br>Kenneth L. Ferrie,<br><br>  Debtor. | )<br>)<br>)<br>)<br>)<br>) | CHAPTER 7<br><br>CASE NO.: 18-40715-JMM |
| Gary L. Rainsdon, Trustee,<br><br>        PLAINTIFF,<br>vs.<br><br>Kenneth L. Ferrie,<br><br>        DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADVERSARY NO.: 19-08037-JMM<br><br>**JUDGMENT DENYING DISCHARGE** |

THIS MATTER having come before the Court on Complaint Objecting to the Debtor's Discharge filed by Gary L. Rainsdon, Trustee, the Plaintiff herein, having appeared, and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant's/Debtor's discharge of debts be DENIED for cause shown under 11 USC § 727(a)(4) and § 727(a)(6).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff have Judgment against the Defendant in the principal amount of $350.00 for Plaintiff's costs incurred.



DATED:  September 9, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by Gary L. Rainsdon, Chapter 7 Trustee, Plaintiff

United States Bankruptcy Court
District of Idaho

In re:                                                                Case No. 18-40715-JMM
Kenneth L Ferrie                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-8          User: aduong              Page 1 of 1           Date Rcvd: Sep 09, 2019
                              Form ID: pdf055           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db           +Kenneth L Ferrie,    171 Blue Lakes #16,    Twin Falls, ID 83301-7876
cr           +Michelle Ensworth,    379 Lenore #1,    Twin Falls, ID 83301-7479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2019 02:08:02
               Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 02:08:21
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
          Alexandra O Caval    on behalf of Creditor Michelle  Ensworth alex@cavallawoffice.com,
           R71985@notify.bestcase.com
          Gary L Rainsdon    on behalf of Plaintiff Gary L. Rainsdon trustee@filertel.com,
           id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com;jhancock@filertel.com
          Gary L Rainsdon    on behalf of Trustee Gary L Rainsdon trustee@filertel.com,
           id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com;jhancock@filertel.com
          Gary L Rainsdon    trustee@filertel.com,
           id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com;jhancock@filertel.com
          Kameron M Youngblood    on behalf of Debtor Kenneth L Ferrie youngbloodlaw@gmail.com,
           youngbloodlawecfnotice@gmail.com;G29963@notify.cincompass.com
          US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 6