UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: Kenneth L. Ferrie<br><br>Debtor | Case No.: 18-40715-JMM<br><br>Chapter 7<br><br><br>Order to Withdraw as Counsel of Record |

Counsel Kameron M. Youngblood filed a Motion for Leave to Withdraw as Counsel of Record for the Debtor in this matter. Notice has been given to Debtor Kenneth L. Ferrie ~~pursuant to Rule 2002.2(d) of the Loc. R. Bank. Proc~~ **and a hearing was conducted on August 29, 2019.** Debtor has not objected to Counsel's withdrawal as Counsel of Record.

For good cause appearing, the Court orders, adjudges and decrees:

1. Counsel's request for leave to withdraw is hereby GRANTED;

2. Debtor Kenneth L. Ferrie is directed to appear in person or appoint another attorney to represent him within 21 days of today's date.

3. Debtor Kenneth L. Ferrie is directed to file a written notice with the Court advising how he will proceed, either representing himself or hiring substitute counsel, within 21 days of today's date.

4. For the next 21 days, no further proceedings will be held in this action that would affect the Debtor's rights.

5. Failure to appear in the action, either in person or through newly appointed counsel, within 21 days will be grounds for entry of a default or dismissal of the action without further notice.

6. Withdrawing counsel will serve copies of this Order Granting Leave to Withdraw on Debtor and all parties entitled to notice under the Federal Rules of Bankruptcy Procedure.

DATED:  October 4, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court made changes to the language of the order in the first paragraph to the proposed order submitted by counsel.

/s/ Kameron Youngblood, Counsel for Debtor