U.S. COURTS
OCT 23 2019
Rcvd____ Filed CH Time 10:53am
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Dear Honorable Judge Meier,

I recently got of Desert Hope rehabilation center in Las Vegas, NV, for the diseases of Alcoholism and Depression. I checked in on September 25th and checked out on October 9th of 2019. I am writing this letter asking you for a continuance on the case number 18-40715-JMM. I am currently trying to get my monthly bills caught up, as well as paying off my last attorney. I have no extra income at this time to obtain a new bankruptcy lawyer, and I do not feel compatent enough to represent myself. I am having a difficult time trying to find an attorney whom will take my case, that does not have a conflict of intrest in the case. I hope to have my finances in order within the next 45 days. Thank you for your time.

[signature]

-Kenneth L. Ferrie

[illegible]