# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

IN RE:

KENNETH L FERRIE,

Debtor.

Case No. 18-40715-JMM

Chapter 7

### ORDER RE: EXTENSION OF TIME

On October 4, 2019 this Court entered an order authorizing the withdraw of Kameron M. Youngblood as attorney of record for the Debtor (Dkt. No. 80). That Order also required the Debtor to appoint another attorney to represent him within 21 days of October 4, 2019. The Debtor has filed a timely motion for an extension of time to locate an attorney to represent him in this bankruptcy case (Dkt. No. 82). The Debtor's Motion, filed October 23, 2019, requests an additional 45 days to locate an attorney and states cause for the delay and the Court will grant the request contained in the Motion, but for a shorter period than 45 days;

Now therefore, IT IS HEREBY ORDERED that Debtor's Motion for an Extension is granted. Debtor shall have until **December 6, 2019** to hire an attorney to represent him in this bankruptcy case. On or before December 6, 2019, Debtor shall file a written notice with the Court advising how he will proceed, either representing himself or by hiring a substitute attorney. Failure to appear in this action, either in person or through newly appointed counsel by December 6, 2019 may be grounds for entry of a default or dismissal of the case without further notice.

IT IS FURTHER HEREBY ORDERED that no further proceedings will be held in this bankruptcy case affecting the Debtor's rights until December 6, 2019.

DATED: October 28, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE